
# Tressler LLP

Robert J. Fettweis
973-848-2902
rfettweis@tresslerllp.com

Attorneys at Law
744 Broad Street
Suite 1510
Newark, New Jersey 07102
973-848-2900
Fax 973-623-0405
www.tresslerllp.com

April 25, 2012

**Via Electronic Filing**
Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building &
   Court House
50 Walnut Street
Newark, New Jersey, NJ 07102

  Re: United States v. Caracappa
     Case No. 10-679

Dear Judge Wigenton:

  I represent Jason Caracappa, who was sentenced to 48 months imprisonment by Your Honor on April 19, 2012. He has been moved to the Metropolitan Detention Center in Brooklyn ("MDC"), where he is awaiting designation by the Bureau of Prisons.

  Mr. Caracappa's family has retained the services of the National Center on Institutions and Alternatives (NCIA) to consult with Mr. Caracappa regarding his post-sentencing options. Mr. Caracappa has requested that NCIA representative Kathleen O'Boyle visit him at the MDC. As per MDC regulations, Ms. O'Bole, who is a forensic social worker and a post-sentencing specialist, needs a judicial order and defense counsel's permission before a legal visit can be approved. She is already on the MDC's approved list for prisoner visitations. I respectfully request Your Honor's approval for Ms. O'Boyle to visit my client, Jason Caracappa, at the MDC.

  If this request is agreeable, may I impose upon Your Honor to endorse this letter and return a copy to me via the ECF system. If Your Honor requires further information, I will promptly respond.

  Thank you for your anticipated attention to this matter.

          Respectfully yours,

          /s/ Robert J. Fettweis

          Robert J. Fettweis

RJF/cm

Honorable Susan D. Wigenton, U.S.D.J.
April 25, 2012
Page 2 of 2

cc:    Anthony Mahajan, AUSA – **Via E-Mail**
       Kathleen O'Boyle – **Via E-Mail**

#45815

SO ORDERED:

_____
Honorable Susan D. Wigenton, U.S.D.J.

April 26, 2012